# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIMBERLY RODRIGUEZ, | ) ) ) | Case No. CV 13-1779-ODW (JEM) |
| Plaintiff, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | ) ) ) ) ) | |
| Defendant. | ) ) | |

In accordance with the Report and Recommendation of United States Magistrate Judge accepted by the Court,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and the matter DISMISSED with prejudice.

DATED: March 6, 2014

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE